# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| Nassau Life Insurance Company,<br><br>　　　　Plaintiff/Counterclaim Defendant,<br><br>　　-against-<br><br>Vida Capital, Inc., and Wells Fargo Bank, N.A., as securities intermediary for Vida Capital, Inc.,<br><br>　　　　Defendants/Counterclaim Plaintiffs. | Civil Action No. 1:19-cv-00104 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Nassau Life Insurance Company ("Nassau"), and Defendants, Vida Capital, Inc. ("Vida") and Wells Fargo Bank, N.A., as securities intermediary for Vida ("Wells Fargo"), hereby stipulate and agree, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that:

1.　　Upon the filing of this Stipulation of Dismissal With Prejudice with the Court, this lawsuit, including all of the claims asserted in this lawsuit, will immediately be discontinued and dismissed with prejudice;

2.　　Each party agrees to bear its own costs in connection with this lawsuit; and

3. Faxed or emailed signatures hereon shall be deemed originals for all purposes.

Dated: July 27, 2020

                                                            Respectfully submitted,

| MCDOWELL HETHERINGTON LLP | ARENT FOX LLP |
|---|---|
| By: /s/ Jarrett E. Ganer            , <br>Thomas F. A. Hetherington, Esq. <br>Texas Bar No. 24007359 <br>Jarrett E. Ganer, Esq. <br>Texas Bar No. 24055520 <br>Nicholas R. Lawson <br>Texas Bar No. 24083367 <br><br>1001 Fannin Street, Suite 2700 <br>Houston, TX 77002 <br>Tel.: (713) 337-5580 <br>Fax: (713) 337-8850 <br>Tom.Hetherington@mhllp.com <br>Jarrett.Ganer@mhllp.com <br>Nick.Lawson@mhllp.com | By: s/ Fanny Patel            . <br>Fanny Patel, Esq. <br>Texas Bar No. 24105916 <br>1717 K Street NW <br>Washington, DC 20006 <br>Tel.: (202) 857-6000 <br>Fax: (202) 857-6395 <br>Fanny.patel@arentfox.com <br><br>OF COUNSEL: <br><br>Julius A. Rousseau, III (*pro hac vice*) <br>James M. Westerlind (*pro hac vice*) <br><br>ARENT FOX LLP <br>1301 Avenue of the Americas <br>New York, New York 10019 <br>Tel.: (212) 484-3900 <br>Fax: (212) 484-3990 <br>jule.rousseau@arentfox.com <br>westerlind.james@arentfox.com |